Hazen SHANNON, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. 58912.

Missouri Court of Appeals, Eastern District, Division Three.

June 25, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 23, 1991.

Application to Transfer Denied Sept. 10, 1991.

James S. McKay, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant Hazen Shannon appeals the denial of his Rule 29.15 motion after an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. We affirm the judgment in accordance with Rule 84.16(b).